UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ZACHARY STANLEY, individually
and on behalf of all others
similarly situated,

    Plaintiff,

v.                                              Case No. 2:21-cv-2018-SHM/tmp

KEYME, INC. and KEYME, LLC,

    Defendants.

# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice in accordance with the Order (D.E. No. 9), docketed May 24th, 2021.

## APPROVED:

__/s/ Samuel H. Mays, Jr._____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

___May 24, 2021_____          THOMAS M. GOULD____
DATE                                          CLERK

                                                                                                _/s/  Jairo Mendez_____
                                                                                                (By) DEPUTY CLERK